JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2020 SEP 23 PM 12: 58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-20 |
| Plaintiff, | § § | SEALED |
| v. | § § | **INDICTMENT** |
| MI JUNG COOK, | § § | CT 1: 21:846 & 841(a)(1) - Conspiracy to Possess a Controlled Substance with Intent to Distribute; |
| Defendant. | § § § § | CT 2: 21:841(a)(1) & 18:2 - Possession with Intent to Distribute a Controlled Substance & Aiding and Abetting. |

THE GRAND JURY CHARGES:

**EP20CR2061**

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(ii))

That beginning on or about September 1, 2017 and continuing through on or about August 14, 2019, in the Western District of Texas, District of New Mexico, Western District of Louisiana, and the Southern District of Iowa, Defendant,

**MI JUNG COOK,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, she conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of cocaine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 500 grams or more of a mixture or substance containing a detectable

Rev. 2018-01-09

amount of cocaine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii) & 18 U.S.C. § 2)

That on or about February 27, 2018, in the Western District of Texas and the District of New Mexico, Defendant,

**MI JUNG COOK,**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev. 2018-01-09