JUDGE DAVID BRIONES

FILED

2020 SEP 23 PM 12: 58

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MI JUNG COOK,<br><br>Defendant. | § § § § § § § § § § | S E A L E D<br><br>No. EP-20-_____<br><br>**EP20CR2061** |

### GOVERNMENT'S MOTION TO DETAIN DEFENDANTS WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendants Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. Defendant has been charged by Indictment with violations of the Controlled Substances Act which carry a term of imprisonment of over ten (10) years.

2. There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

Rev. 2018-01-09

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendants without bail pending the final outcome of this case.

                        Respectfully submitted,

                        JOHN F. BASH
                        UNITED STATES ATTORNEY

By: _____
                        PHILLIP COUNTRYMAN
                        Assistant U.S. Attorney
                        Texas Bar#24094380
                        700 E. San Antonio, Suite 200
                        El Paso, Texas 79901
                        (915) 534-6884