

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| PLAINTIFF, | § | |
| V. | § § § | NO. EP:20-CR-2061-DB |
| MI JUNG COOK | § § | |
| DEFENDANT | § § | |

## ORDER

On this date came on to be considered the Joint Motion for Transfer, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that the instant case is transferred to the Court of United States District Judge Frank Montalvo.

SO ORDERED on this the __17__ day of April, 2021.

Accepted:

_____
FRANK MONTALVO
United States District Judge

_____
DAVID BRIONES
Senior United States District Judge