

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

---

VANESSA K. BROWN  
ASSISTANT UNITED STATES ATTORNEY

*700 E. San Antonio Ave, Suite 200*  
*El Paso, Texas 79901*

*Phone: (915) 534-6884*  
vanessa.brown2@usdoj.gov

April 29, 2021

United States District Clerk  
Western District of Texas  
525 Magoffin Avenue  
El Paso, Texas 79901

      **RE:** **U.S. v. MI JUNG COOK**  
      **COURT NO.: EP-20-CR-02061-FM**

Dear Sir or Madam:

      This is to advise you that the above-referenced case has been re-assigned to Assistant United States Attorney **Vanessa K. Brown**. Please **remove** Assistant United States Attorney **Phil Countryman** and add the undersigned Assistant United States Attorney to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

      Respectfully submitted,

      ASHLEY C. HOFF  
      UNITED STATES ATTORNEY

By:     /s/  
      Vanessa K. Brown  
      Assistant United States Attorney