PS 8
(12/04)

UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2021 AUG 10 PM 1:58
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY_____

U.S.A. vs. Mi Jung Cook　　　　　　　　　　Docket No. EP:20-CR-02061-FM-01

**Petition for Action on Conditions of Pretrial Release**

COMES NOW <u>Sandra Venegas</u> PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, <u>Mi Jung Cook</u> who was placed under pretrial release supervision by the Honorable <u>Leon Schydlower</u> sitting in the court at <u>El Paso, Texas</u>, on the 8th day of <u>October 2020</u> under the following conditions: See Copy of Appearance and Compliance Bond issued on October 8, 2020.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Pursuant to the requirements of the Adelante Pre-Phase Court program.**

PRAYING THAT THE COURT WILL ORDER: Mi Jung Cook's Release Order be amended to include the following conditions:

**Condition 20.** Participate in the Adelante Pre-Phase Program to include participation in Manualized Cognitive Treatment as directed by the Pretrial Services Office.

**Condition 21.** Defendant is not allowed to open any new lines of credit without the prior authorization from Pretrial Services.

I declare under penalty of perjury
that the foregoing is true and correct.
Executed on <u>August 10, 2021</u>

_/s/ Sandra Venegas_
Sandra Venegas
U.S. Pretrial Services Officer
Place: El Paso, TX
915-861-8956

Page 2
Petition for Action/ Modifications
Mi Jung Cook
EP:20-CR-02061-FM-01

## ORDER OF THE COURT

Considered and ordered this ____10____ day of August 2021 ordered filed and made part of the record in the above case.   All other conditions of release remain in effect.

_____
Honorable Frank Montalvo
United States District Judge