**FILED**

March 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Eileen Padilla_____
DEPUTY

PS 8
(12/04)

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

U.S.A. vs. Mi Jung Cook            Docket No. EP:20-CR-2061- (1)-FM

### Petition for Action on Conditions of Pretrial Release

COMES NOW Sandra Venegas PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mi Jung Cook who was placed under pretrial release supervision by the Honorable Leon Schydlower sitting in the court at El Paso, Texas, on the 8th day of October 2020 under the following conditions: See Copy of Appearance and Compliance Bond issued on October 8, 2020.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Pursuant to the requirements of the Adelante Court program.**

PRAYING THAT THE COURT WILL ORDER: Mi Jung Cook's Release Order be amended to include the following conditions:

22. As part of the Adelante program, you will be required to save 10% of your take home check and you will be allowed to withdraw no more than $25 every two weeks without asking permission from Pretrial Services. All other withdraws must be approved by Pretrial Services.

Keeping a saving's account is not a luxury. Failure to comply or deceptiveness with this order could lead to an unsuccessful completion of the Adelante program.

I hereby acknowledge the change in my bond:    _____ 3/16/22
                                                Mi Jung Cook       Date

I declare under penalty of perjury
that the foregoing is true and correct.
Executed on March 16, 2022

_____
Sandra Venegas
U.S. Pretrial Services Officer
Place: El Paso, TX
915-861-8956

Page 2
Petition for Action/ Modifications
Mi Jung Cook
EP:20-CR-2061-(1)-FM

## ORDER OF THE COURT

Considered and ordered this ___16th___ day of __March, 2022__ ordered filed and made part of the record in the above case.   All other conditions of release remain in effect.

_____
Honorable Frank Montalvo
United States District Judge